IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FCSTONE MERCHANT SERVICES, LLC, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-3693 |
| SGR ENERGY, INC., *et al*, | § § § | |
| Defendants. | § | |

## SHOW CAUSE ORDER

One of the defendants in this case is ST Shipping & Transport PTE Ltd. ("STS"). The Plaintiff has alleged that STS is a "company organized and existing under the laws of Singapore" and is a "wholly-owned subsidiary of Glencore International AG, a multinational commodity trading, headquartered in Baar, Switzerland, with a head office in London, United Kingdom." (*See* Doc. No. 14 at 2–3). These allegations are not specific enough to know whether STS is a corporation or an unincorporated association, which have different tests to determine citizenship for diversity purposes. *See Carden v. Arkoma Assocs.*, 494 U.S. 185, 196 (1990). Therefore, the Court is unable to identify STS's citizenship for diversity purposes.

To ensure there is no doubt as to this Court's jurisdiction under 28 U.S.C. § 1332, STS is hereby ordered to file with the Court by July 13, 2021 an explanation of its structure and citizenship-related factors for purposes of diversity jurisdiction.

Signed at Houston, Texas, this 22nd day of June, 2021.

Andrew S. Hanen
United States District Judge