IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FCSTONE MERCHANT SERVICES, LLC | § § § | |
| vs. | § § § | C.A. NO. 4:20–cv–03693 |
| SGR ENERGY, INC., *et al.* | § | |

## *ST SHIPPING'S RESPONSE TO SHOW CAUSE ORDER*

TO THE HONORABLE ANDREW S. HANEN:

Defendant ST Shipping and Transport Pte. Ltd. ("ST Shipping") respectfully submits this response to the Court's June 22, 2021 Show Cause Order (Doc. No. 46):

1. ST Shipping is incorporated under the laws of Singapore as a "private company limited by shares." It is not an unincorporated association. An excerpted copy of ST Shipping's "Business Profile" maintained by Singapore's Accounting and Corporate Regulatory Authority is attached as Exhibit 1. The Business Profile reflects ST Shipping's status as a private company limited by shares, its registered address in Singapore, and its issued share capital.

2. A private company limited by shares is analogous to a U.S. closely held corporation for purposes of assessing citizenship for diversity jurisdiction. *See, e.g., Flextronics International USA, Inc. v. Sparkling Drink Systems Innovation Center Ltd. et al.*, 186 F.Supp.3d 852, 860–61 (N.D. Ill. 2016) (reviewing treatises and scholarly

articles describing similarities of private company limited entities existing under Singapore law and Hong Kong law to close corporations under U.S. law, and holding that two private companies organized under the laws of Hong Kong "should be treated as corporations for the purposes of [28] § 1332(c)(1)."). In *Flextronics*, the district court identified the attributes of two private companies organized under the laws of Hong Kong which made them similar to corporations organized in the United States: (1) limited liability for equity investors; (2) indefinite existence; (3) legal personhood (*i.e.*, ability to contract and litigate in their own name); and (4) the transferability of shares in the companies, subject to limits created by their articles of incorporation. *Id.* at 860, citing *Fellowes, Inc. v. Changzhou Xinrui Fellowes Office Equip. Co.*, 759 F.3d 787, 788 (7th Cir. 2014). ST Shipping possesses these same attributes.

      3.    ST Shipping respectfully submits that its citizenship for purposes of diversity jurisdiction turns on its place of incorporation and its principal place of business. *See* 28 U.S.C. § 1332(c)(1) ("For purposes of [28 U.S.C. § 1332 and 28 U.S.C. § 1441,] a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business . . . ."); *see also, MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 314 (5th Cir. 2019) ("[A]llegations regarding the citizenship of a corporation must set out the principal place of business of the corporation as well as the state of its incorporation.") (internal quotation omitted). ST Shipping is incorporated

in Singapore, and has its headquarters and principal place of business in Singapore.

                         Respectfully submitted,

                         *SHARPE & OLIVER, L.L.P.*

By_____
    Robert C. Oliver
    State Bar No. 15255700
    S. D. Texas No. 886
    5535 Memorial Drive, No. F570
    Houston, Texas 77007
    Telephone:   (713) 864–2221
    Facsimile:   (713) 864–2228
    Email:  macknife@macknife.net

OF COUNSEL:

*Pro Hac Vice*
John R. Keough, III
S. D. N. Y. No. JK6013
George Cornell
S. D. N. Y. No. GC7343
Clyde & Co. US LLP
Sigal Markowitz
S. D. N. Y. No. SM7596
405 Lexington Avenue
New York, New York 10174–0002
Telephone: (212) 710–3900
Facsimile: (212) 710–3950

                         ATTORNEYS FOR DEFENDANT
                         ST SHIPPING & TRANSPORT
                         PTE LTD

## *Certificate of Service*

I served this Response to Show Cause Order upon the parties by their respective counsel of record by electronic transmission on July 12, 2021.

_____
Robert C. Oliver

# Exhibit 1

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED AND CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of  ST SHIPPING AND TRANSPORT PTE. LTD. (200606717H)

Date: 24/06/2021

The Following Are The Brief Particulars of :

| | |
|---|---|
| UEN | 200606717H |
| Company Name. | ST SHIPPING AND TRANSPORT PTE. LTD. |
| Former Name if any | |
| Incorporation Date. | 09/05/2006 |
| Company Type | PRIVATE COMPANY LIMITED BY SHARES |
| Status | Live Company |
| Status Date | 09/05/2006 |

**Principal Activities**

| | |
|---|---|
| Activities (I) | CHARTERING OF SHIPS, BARGES AND BOATS WITH CREW (FREIGHT) (50024) |
| Description | |
| Activities (II) | |
| Description | |

**Capital**

| Issued Share Capital (AMOUNT) | Number of Shares * | Currency | Share Type |
|---|---|---|---|
| 50000000 | 50000000 | UNITED STATES OF AMERICA, DOLLARS | ORDINARY |
| 100000000 | 100000000 | UNITED STATES OF AMERICA, DOLLARS | PREFERENCE |

* Number of Shares includes number of Treasury Shares

| Paid-Up Capital (AMOUNT) | Number of Shares | Currency | Share Type |
|---|---|---|---|
| 50000000 | | UNITED STATES OF AMERICA, DOLLARS | ORDINARY |
| 100000000 | | UNITED STATES OF AMERICA, DOLLARS | PREFERENCE |

Authentication No. : Q21475071A

Page 1 of 5




ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED AND CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

**Business Profile (Company) of ST SHIPPING AND TRANSPORT PTE. LTD. (200606717H)**

Date: 24/06/2021

COMPANY HAS THE FOLLOWING ORDINARY SHARES HELD AS TREASURY SHARES

| Number Of Shares | Currency |
| --- | --- |
|  |  |

Registered Office Address : 1 TEMASEK AVENUE
#34-01
MILLENIA TOWER
SINGAPORE (039192)

Date of Address : 20/08/2007

Date of Last AGM : 09/03/2020

Date of Last AR : 30/09/2020

FYE As At Date of Last AR : 31/12/2019



REDACTED

Authentication No. : Q21475071A

Page 2 of 5