# EXHIBIT 24

**Fontein, Addison E.**

| | |
|---|---|
| **From:** | Tommy San Miguel <tom@sgrenergy.com> |
| **Sent:** | Monday, September 21, 2020 4:19 AM |
| **To:** | Robert Shenk |
| **Subject:** | Re: Items for This Week |
| **Attachments:** | image001.jpg; image002.png; image003.png; image004.png; image005.jpg |

**CAUTION:** This email originated from outside of the organization. **DO NOT** click on links or open attachments unless you recognize the sender and know the content is safe.

Good morning Rob,

We have to treat the VLSFO this week to reduce the total acid number. The original testing done by AMSPEC was wrong. It shouldn't be a problem, but we will need to roll the balance of the VLSFO.

Kindest Regards,

Tommy San Miguel
President / CEO
SGR Energy Inc.
3707 Cypress Creek Parkway
Suite 500
Houston, TX 77068
Tel: 832-286-1524
Cell: 903-312-5391





On Sep 16, 2020, at 1:26 PM, Robert Shenk <Rob.Shenk@stonex.com> wrote:

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
INTL FCStone Inc. has changed its name to StoneX Group Inc.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Sorry – also we rolled as per your instructions below (Nithasha sent a recap yesterday). If it looks like we'll need to roll the balance of the VLSFO please let me know.

1

Regards,
Rob

**From:** Robert Shenk
**Sent:** Wednesday, September 16, 2020 1:26 PM
**To:** 'Tommy San Miguel' <tom@sgrenergy.com>
**Subject:** RE: Items for This Week

Hi Tommy,

Thanks for the update, and please keep me posted on the VLSFO – hopefully you can get that moved quickly.

On the Miss Claudia payment – is that all coming from one counterparty?  Any specific issue causing the delay (were they slow to pull the product)?

Regards,
Rob

**From:** Tommy San Miguel <tom@sgrenergy.com>
**Sent:** Monday, September 14, 2020 6:18 PM
**To:** Robert Shenk <Rob.Shenk@StoneX.com>
**Subject:** RE: Items for This Week

**CAUTION:** This email originated from outside of the organization. **DO NOT** click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Rob,

Monjasa Sale:
- Is the plan still to sell them a clip of the MTI product? The viscosity is a little low (off spec). I ran out of room and can't fix. So we have an offer from ▓▓▓▓▓▓, but I'm waiting on offers from three others too. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
- Any context for the delay (quality? price?)



Miss Claudia (80kb priced):
- Are we still anticipating repayment this week?   It's looking like the following week. Waiting on funds.

- Financials
    - Will SGR have mid-year financials available?    We only generate annual financials.
    - If so, any idea on timing?
- Colombia Info
    - If we want to keep pushing this with the banks, we'll need to send them answers to the request sheet on the terminal  We have just been covered up. I will try to get that done this week or next.

Kindest Regards,

<image001.jpg>

**TOMMY SAN MIGUEL**
President / CEO

Main:        832.286.1524
Direct:       832.917.6236
Cell:          903.312.5391
Email:       tom@sgrenergy.com

Global Headquarters, Houston
www.sgrenergy.com

<image002.png>

<image003.png>

<image004.png>

**CONFIDENTIALITY NOTICE**: This electronic transmission (including any files attached hereto) (this "Communication") contains information that is or may be legally privileged, confidential, and exempt from disclosure without our express permission in advance. The information is intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient or any employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this electronic communication is strictly prohibited.  If you have received this Communication in error, please notify the sender immediately and destroy the transmitted information in its entirety.

**From:** Robert Shenk <Rob.Shenk@StoneX.com>
**Sent:** Monday, September 14, 2020 9:13 AM
**To:** Tommy San Miguel <tom@sgrenergy.com>
**Subject:** Items for This Week

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
INTL FCStone Inc. has changed its name to StoneX Group Inc.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Good Morning Tommy,

3