**EXHIBIT 28**



# Summary

Order Reference: 0011102-0200 | **Report as of:** 10-23-2020 | using Currency as USD

## SGR ENERGY, INC.

Tradestyle(s): -

**ACTIVE**  **SINGLE LOCATION**

| | |
|---|---|
| **Address:** | 3707 Cypress Creek Pkwy, Suite 500, Houston, TX, 77068, UNITED STATES |
| **Phone:** | (832) 286-1524 |
| **D-U-N-S:** | 02-914-9107 |
| **In Portfolio:** | No |

| Failure Score | Delinquency Score | Age of Business | Employees |
|---|---|---|---|
| **1** | **7** | **9 years** | **22** |
| 4 (in the last month) | (No change since last month) | 2011 Year Started | |

## Company Profile

| | | |
|---|---|---|
| **D-U-N-S** | **Mailing Address** | **Employees** |
| 02-914-9107 | United States | 22 |
| **Legal Form** | **Telephone** | **Age (Year Started)** |
| Corporation (US) | (832) 286-1524 | 9 years (2011) |
| **History Record** | **Present Control Succeeded** | **Named Principal** |
| Clear | 2011 | Thomas San Miguel, PRESIDENT |
| **Date Incorporated** | | **Line of Business** |
| 02-05-2016 | | Whol petroleum products |
| **State of Incorporation** | | |
| Texas | | |
| **Ownership** | | |
| Not publicly traded | | |

## Risk Assessment

**Overall Business Risk**

**Maximum Credit Recommendation**

| LOW | LOW-MODERATE | MODERATE | MODERATE-HIGH | **HIGH** |

**US$ 6,500**

The recommended limit is based on a high probability of severe delinquency or business failure. Guarantee Advised.

## Dun & Bradstreet Thinks...

- Overall assessment of this organization over the next 12 months: **SIGNIFICANT FINANCIAL STRESS AND PAYMENT BEHAVIOR CONCERNS**
- Based on the predicted risk of business discontinuation: **HIGHER-THAN-AVERAGE-RISK-OF-FINANCIAL-STRESS-DISCONTINUED-OPERATIONS-OR-BUSINESS-INACTIVITY**
- Based on the predicted risk of severely delinquent payments: **VERY HIGH POTENTIAL FOR SEVERELY DELINQUENT PAYMENTS**

## D&B Viability Rating

**Portfolio Comparison Score**

| | | | | **9** |
|---|---|---|---|---|
| Low Risk (1) | | | | High Risk (9) |

Company's risk level is: **HIGH**

Probability that a company will go out of business, become dormant/inactive, or file for bankruptcy/insolvency within the next 12 months: **23.00 %**

## Failure Score *Formerly Financial Stress Score*

| | | | | **1** |
|---|---|---|---|---|
| Low Risk (100) | | | | High Risk (1) |

Company's risk level is: **HIGH**

Probability of failure over the next 12 months: **4.70 %**

Past 12 Months — Low / High

## Delinquency Score *Formerly Commercial Credit Score*

| | | | | **7** |
|---|---|---|---|---|
| Low Risk (100) | | | | High Risk (1) |

Company's risk level is: **HIGH**

Probability of delinquency over the next 12 months: **32.12 %**

Past 12 Months — Low / High

## PAYDEX ®

| | **64** | | | |
|---|---|---|---|---|
| Low Risk (100) | | | | High Risk (0) |

Days Beyond Terms : **19**

Past 24 Months — Low / High

## D&B Rating

Current Rating as of 04-13-2020

Previous Rating

| Employee Size | Risk Indicator | Employee Size | Risk Indicator |
|---|---|---|---|
| **1R** : 10 employees and over | **3** : Moderate Risk | **1R** : 10 employees and over | **4** : Higher than Average Risk |

## Legal Events

| Events | Occurrences | Last Filed |
|---|---|---|
| Bankruptcies | 0 | - |
| Judgements | 0 | - |
| Liens | 0 | - |
| Suits | 0 | - |
| UCC | 22 | 09-25-2020 |

## Trade Payments

**Highest Past Due**

### US$ 3,000,000

| Highest Now Owing | Total Trade Experiences |
|---|---|
| **US$ 3,000,000** | **35** |
| Largest High Credit | Average High Credit |
| **US$ 3,000,000** | **US$ 221,331** |

## Ownership

This company is a **Single Location**

## Financial Overview

This company does not have a Financial Summary.

## Country/Regional Insight

**United States**



**Risk Category**

| LOW | MODERATE | HIGH |
|---|---|---|

Low Risk                            High Risk

The short-term economic outlook is heavily clouded by the low probability of approval for much-needed fiscal stimulus, given the ongoing political impasse.

# Risk Assessment

## D&B Risk Assessment

### Overall Business Risk

| LOW | LOW-MODERATE | MODERATE | MODERATE-HIGH | **HIGH** |

### Maximum Credit Recommendation

**US$ 6,500**

The recommended limit is based on a high probability of severe delinquency or business failure. Guarantee Advised.

### Dun & Bradstreet Thinks…

- Overall assessment of this organization over the next 12 months: **SIGNIFICANT FINANCIAL STRESS AND PAYMENT BEHAVIOR CONCERNS**
- Based on the predicted risk of business discontinuation: **HIGHER-THAN-AVERAGE-RISK-OF-FINANCIAL-STRESS-DISCONTINUED-OPERATIONS-OR-BUSINESS-INACTIVITY**
- Based on the predicted risk of severely delinquent payments: **VERY HIGH POTENTIAL FOR SEVERELY DELINQUENT PAYMENTS**

## D&B Viability Rating

### Portfolio Comparison Score

Low Risk (1) — **9** High Risk (9)

### Rating Confidence Level

**Robust Predictions** | Decision Support | Directional | Basic

### Data Depth
- Rich Firmographics
- Extensive Commercial Trading Activity
- Basic Financial Attributes

| Level of Risk | Probability of becoming no longer viable | Percentage of businesses ranked with this score |
|---|---|---|
| **High** | **23.00%** | **3.00%** |

Average probability of becoming no longer viable
**5.00%**

## Failure Score Formerly Financial Stress Score

Low Risk (100) — **1** High Risk (1)

- Low proportion of satisfactory payment experiences to total payment experiences
- High number of enquiries to D&B over last 12 months
- Low Paydex Score
- Limited time under present management control
- High proportion of past due balances to total amount owing
- High proportion of slow payment experiences to total number of payment experiences

| Level of Risk | Raw Score | Probability of Failure | Average Probability of Failure for Businesses in D&B Database |
|---|---|---|---|
| High | 1312 | 4.70% | 0.48% |

**Business and Industry Trends**



Failure Score

---

### Delinquency Score Formerly Commercial Credit Score

| | | | | 7 |
|---|---|---|---|---|
| Low Risk (100) | | | | High Risk (1) |

- Increase in proportion of delinquent payments in recent payment experiences
- Evidence of recent payment experiences paid later than 30 days
- Limited time under present management control
- Proportion of past due balances to total amount owing
- Recent high balance past due
- Higher risk industry based on delinquency rates for this industry

| Level of Risk | Raw Score | Probability of Delinquency | Compared to Businesses in D&B Database |
|---|---|---|---|
| High | 400 | 32.12% | 10.20% |

**Business and Industry Trends**





## PAYDEX ®

Based on 24 months of data

**64**
Low Risk (100)   High Risk (0)

Risk of Slow Pay
**Low-Moderate**

Payment Behavior
Days Beyond Terms: **19**

### Business and Industry Trends

5172 - Whol petroleum products



## D&B Rating



Current Rating as of 04-13-2020

Employee Size

Risk Indicator
**3** : Moderate Risk

Previous Rating

Employee Size

Risk Indicator

| | | |
|---|---|---|
| **1R** : 10 employees and over | **1R** : 10 employees and over | **4** : Higher than Average Risk |

## Trade Payments

### Trade Payments Summary (Based on 24 months of data)

| Overall Payment Behavior | % of Trade Within Terms | Highest Past Due |
|---|---|---|
| **19** Days Beyond Terms | **72%** | **US$ 3,000,000** |

**Highest Now Owing:** US$ 3,000,000

**Total Trade Experiences:** 35

Largest High Credit: US$ 3,000,000

Average High Credit: US$ 221,331

**Total Unfavorable Comments:** 0

Largest High Credit: US$ 0

**Total Placed in Collections:** 0

Largest High Credit: US$ 0

### Trade Payments By Credit Extended (Based on 12 months of data)

| Range of Credit Extended (US$) | Number of Payment Experiences | Total Value | % Within Terms |
|---|---|---|---|
| 100,000 & over | 8 | US$ 6,200,000 | 48 |
| 50,000 - 99,999 | 1 | US$ 55,000 | 100 |
| 15,000 - 49,999 | 4 | US$ 115,000 | 83 |
| 5,000 - 14,999 | 6 | US$ 37,500 | 73 |
| 1,000 - 4,999 | 4 | US$ 10,000 | 37 |
| Less than 1,000 | 6 | US$ 1,100 | 100 |

### Trade Payments By Industry (Based on 24 months of data)

| Industry Category | Number of Payment Experiences | Largest High Credit (US$) | % Within Terms (Expand to View) | 1 - 30 Days Late (%) | 31 - 60 Days Late (%) | 61 - 90 Days Late (%) | 91 + Days Late (%) |
|---|---|---|---|---|---|---|---|
| 15 - Building Construction - General Contractors and Operative Builders | 1 | 2,500 | | | | | |
| 1531 - Operative builders | 1 | 2,500 | 50 | 0 | 50 | 0 | 0 |

| Industry Category | Number of Payment Experiences | Largest High Credit (US$) | % Within Terms (Expand to View) | 1 - 30 Days Late (%) | 31 - 60 Days Late (%) | 61 - 90 Days Late (%) | 91 + Days Late (%) |
|---|---|---|---|---|---|---|---|
| 27 - Printing, Publishing and Allied Industries | 1 | 5,000 | | | | | |
| 2741 - Misc publishing | 1 | 5,000 | 100 | 0 | 0 | 0 | 0 |
| 28 - Chemicals and Allied Products | 4 | 900,000 | | | | | |
| 2819 - Mfg inorganic chemcls | 1 | 100,000 | 50 | 50 | 0 | 0 | 0 |
| 2869 - Mfg organic chemicals | 2 | 5,000 | 83 | 17 | 0 | 0 | 0 |
| 2899 - Mfg chemicals | 1 | 900,000 | 100 | 0 | 0 | 0 | 0 |
| 40 - Railroad Transportation | 1 | 40,000 | | | | | |
| 4011 - Railroad | 1 | 40,000 | 50 | 0 | 50 | 0 | 0 |
| 47 - Transportation Services | 1 | 1,000,000 | | | | | |
| 4731 - Arrange cargo transpt | 1 | 1,000,000 | 100 | 0 | 0 | 0 | 0 |
| 48 - Communications | 1 | 50 | | | | | |
| 4813 - Telephone communictns | 1 | 50 | 100 | 0 | 0 | 0 | 0 |
| 49 - Electric, Gas and Sanitary Services | 2 | 500,000 | | | | | |
| 4925 - Gas production/distrb | 1 | 500,000 | 100 | 0 | 0 | 0 | 0 |
| 4941 - Water supply | 1 | 50 | 100 | 0 | 0 | 0 | 0 |
| 50 - Wholesale Trade - Durable Goods | 3 | 100,000 | | | | | |
| 5014 - Whol tires/tubes | 1 | 35,000 | 100 | 0 | 0 | 0 | 0 |
| 5084 - Whol industrial equip | 1 | 100,000 | 0 | 0 | 0 | 0 | 100 |
| 5085 - Whol industrial suppl | 1 | 50 | 100 | 0 | 0 | 0 | 0 |
| 55 - Automotive Dealers and Gasoline Service Stations | 1 | 750 | | | | | |
| 5531 - Ret auto supplies | 1 | 750 | 100 | 0 | 0 | 0 | 0 |
| 62 - Security and Commodity Brokers Dealers Exchanges and Services | 1 | 3,000,000 | | | | | |
| 6282 - Investment advice | 1 | 3,000,000 | 0 | 100 | 0 | 0 | 0 |
| 63 - Insurance Carriers | 1 | 100,000 | | | | | |
| 6351 - Surety insurance | 1 | 100,000 | 0 | 0 | 0 | 100 | 0 |
| 64 - Insurance Agents, Brokers and Service | 1 | 100 | | | | | |
| 6411 - Insurance agent | 1 | 100 | 100 | 0 | 0 | 0 | 0 |
| 65 - Real Estate | 1 | 7,500 | | | | | |
| 6512 - Nonresident bldng opr | 1 | 7,500 | 100 | 0 | 0 | 0 | 0 |
| 72 - Personal Services | 1 | 7,500 | | | | | |
| 7299 - Misc personal svcs | 1 | 7,500 | 0 | 0 | 0 | 100 | 0 |
| 73 - Business Services | 2 | 500,000 | | | | | |

| Industry Category | Number of Payment Experiences | Largest High Credit (US$) | % Within Terms (Expand to View) | 1 - 30 Days Late (%) | 31 - 60 Days Late (%) | 61 - 90 Days Late (%) | 91 + Days Late (%) |
|---|---|---|---|---|---|---|---|
| 7359 - Misc equipment rental | 1 | 500,000 | 100 | 0 | 0 | 0 | 0 |
| 7389 - Misc business service | 1 | 15,000 | 100 | 0 | 0 | 0 | 0 |
| ▼ 75 - Automotive Repair, Services and Parking | 2 | 5,000 | | | | | |
| 7513 - Truck rental/leasing | 2 | 5,000 | 33 | 17 | 33 | 0 | 17 |
| ▼ 87 - Engineering Accounting Research Management and Related Services | 2 | 7,500 | | | | | |
| 8721 - Accounting services | 1 | 2,500 | 50 | 0 | 50 | 0 | 0 |
| 8743 - Public relations | 1 | 7,500 | 100 | 0 | 0 | 0 | 0 |
| ▼ 93 - Public Finance Taxation and Monetary Policy | 1 | 100 | | | | | |
| 9311 - Public finance | 1 | 100 | 100 | 0 | 0 | 0 | 0 |
| ▼ 99 - Nonclassifiable Establishments | 2 | 55,000 | | | | | |
| 9999 - Nonclassified | 2 | 55,000 | 100 | 0 | 0 | 0 | 0 |

## Trade Lines

| Date of Experience | Payment Status | Selling Terms | High Credit (US$) | Now Owes (US$) | Past Due (US$) | Months Since Last Sale |
|---|---|---|---|---|---|---|
| 10/20 | Pays Slow 30-120+ | - | 2,500 | 2,500 | 2,500 | Between 2 and 3 Months |
| 09/20 | Pays Promptly | - | 25,000 | 25,000 | 0 | 1 |
| 09/20 | Pays Promptly | N30 | 50 | 0 | 0 | Between 6 and 12 Months |
| 09/20 | Pays Prompt to Slow 45+ | - | 40,000 | 15,000 | 15,000 | Between 2 and 3 Months |
| 09/20 | Pays Prompt to Slow 60+ | - | 5,000 | 500 | 500 | 1 |
| 09/20 | Pays Prompt to Slow 60+ | - | 2,500 | 2,500 | 1,000 | 1 |
| 09/20 | Pays Prompt to Slow 60+ | - | 2,500 | 0 | 0 | Between 2 and 3 Months |
| 09/20 | Pays Promptly | - | 15,000 | 10,000 | 0 | 1 |
| 09/20 | Pays Slow 120+ | - | 100,000 | 100,000 | 100,000 | 1 |
| 09/20 | - | Cash account | 1,000 | - | - | 1 |
| 09/20 | - | Cash account | 250 | 0 | 0 | 1 |
| 09/20 | Pays Slow 30+ | - | 3,000,000 | 3,000,000 | 3,000,000 | - |
| 08/20 | Pays Slow 60+ | - | 100,000 | 0 | 0 | Between 6 and 12 Months |
| 07/20 | - | Cash account | 50 | - | - | Between 6 and 12 Months |

| Date of Experience | Payment Status | Selling Terms | High Credit (US$) | Now Owes (US$) | Past Due (US$) | Months Since Last Sale |
|---|---|---|---|---|---|---|
| 04/20 | Pays Promptly | N7 | 1,000,000 | 0 | 0 | 1 |
| 04/20 | Pays Promptly | N30 | 500,000 | 0 | 0 | 1 |
| 04/20 | Pays Promptly | Special Agreemnt | 55,000 | 0 | 0 | 1 |
| 04/20 | Pays Promptly | N30 | 35,000 | 0 | 0 | Between 4 and 5 Months |
| 04/20 | Pays Promptly | Lease Agreemnt | 7,500 | 0 | 0 | 1 |
| 04/20 | Pays Promptly | N30 | 7,500 | 0 | 0 | Between 6 and 12 Months |
| 04/20 | Pays Promptly | N15 | 5,000 | 0 | 0 | 1 |
| 04/20 | Pays Promptly | N30 | 750 | 0 | 0 | 1 |
| 04/20 | Pays Promptly | PROX | 50 | 50 | 0 | 1 |
| 04/20 | Pays Prompt to Slow | - | 100,000 | 100,000 | 55,000 | 1 |
| 04/20 | Pays Prompt to Slow 15+ | N30 | 2,500 | 0 | 0 | 1 |
| 04/20 | Pays Slow 90+ | N30 | 7,500 | 500 | 500 | 1 |
| 04/20 | - | Cash in advance | - | - | - | 1 |
| 03/20 | Pays Promptly | N30 | 900,000 | 0 | 0 | Between 2 and 3 Months |
| 03/20 | Pays Promptly | N10 | 500,000 | 500,000 | 0 | Between 4 and 5 Months |
| 03/20 | Pays Promptly | N30 | 5,000 | 2,500 | 0 | 1 |
| 03/20 | Pays Promptly | N30 | 100 | 0 | 0 | 1 |
| 02/20 | - | Cash account | 250 | - | - | Between 6 and 12 Months |
| 07/19 | Pays Promptly | - | 100 | - | - | 1 |
| 10/18 | - | Cash account | 100 | - | - | 1 |
| 09/18 | Pays Promptly | - | 50 | 0 | 0 | Between 6 and 12 Months |

# Legal Events

The following Public Filing data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

| Judgements | Liens | Suits | UCC Filings |
|---|---|---|---|
| 0 | 0 | 0 | 22 |
| Latest Filing: - | Latest Filing: - | Latest Filing: - | Latest Filing: 09-25-2020 |

| Events | |
|---|---|

### UCC Filing - Termination

| | |
|---|---|
| Filing Date | 09-25-2020 |
| Filing Number | 2000498594 |
| Received Date | 09-28-2020 |
| Original Filing Date | 09-12-2019 |
| Original Filing Number | 190034775187 |
| Secured Party | SLATE ADVANCE, LAKEWOOD, CA |
| Debtors | SANMIGUEL, THOMAS |
| Debtors | and OTHERS |
| Filing Office | SECRETARY OF STATE/UCC DIVISION, AUSTIN, TX |

### UCC Filing - Termination

| | |
|---|---|
| Filing Date | 09-17-2020 |
| Filing Number | 2000487166 |
| Received Date | 09-18-2020 |
| Original Filing Date | 10-31-2019 |
| Original Filing Number | 190041414933 |
| Secured Party | C T CORPORATION SYSTEM, AS REPRESENTATIVE, GLENDALE, CA |
| Debtors | SGR ENERGY INC |
| Debtors | and OTHERS |
| Filing Office | SECRETARY OF STATE/UCC DIVISION, AUSTIN, TX |

### UCC Filing - Original

| | |
|---|---|
| Filing Date | 10-31-2019 |
| Filing Number | 190041414933 |
| Received Date | 11-05-2019 |
| Collateral | All Assets and proceeds - All Accounts receivable and proceeds - All Inventory and proceeds - All Account(s) and proceeds - and OTHERS |
| Secured Party | C T CORPORATION SYSTEM, AS REPRESENTATIVE, GLENDALE, CA |
| Debtors | SGR ENERGY INC |
| Debtors | and OTHERS |
| Filing Office | SECRETARY OF STATE/UCC DIVISION, AUSTIN, TX |

### UCC Filing - Original

| | |
|---|---|
| Filing Date | 09-12-2019 |
| Filing Number | 190034775187 |
| Received Date | 09-17-2019 |
| Collateral | All Assets and proceeds - All Accounts receivable and proceeds - All Inventory and proceeds - All Account(s) and proceeds - and OTHERS |

| | |
|---|---|
| Secured Party | SLATE ADVANCE, LAKEWOOD, CA |
| Debtors | SANMIGUEL, THOMAS |
| Debtors | and OTHERS |
| Filing Office | SECRETARY OF STATE/UCC DIVISION, AUSTIN, TX |

## UCC Filing - Original

| | |
|---|---|
| Filing Date | 07-24-2019 |
| Filing Number | 190028029122 |
| Received Date | 07-30-2019 |
| Collateral | Negotiable instruments including proceeds and products - Inventory including proceeds and products - Account(s) including proceeds and products - Assets including proceeds and products - and OTHERS |
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE, SPRINGFIELD, IL |
| Debtors | SGR ENERGY |
| Debtors | and OTHERS |
| Filing Office | SECRETARY OF STATE/UCC DIVISION, AUSTIN, TX |

## UCC Filing - Original

| | |
|---|---|
| Filing Date | 05-15-2019 |
| Filing Number | 190017871458 |
| Received Date | 05-21-2019 |
| Collateral | Inventory and proceeds - Account(s) and proceeds - Equipment and proceeds - Machinery and proceeds - and OTHERS |
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE, SPRINGFIELD, IL |
| Debtors | SGR ENERGY, INC. |
| Filing Office | SECRETARY OF STATE/UCC DIVISION, AUSTIN, TX |

## UCC Filing - Amendment

| | |
|---|---|
| Filing Date | 03-19-2019 |
| Filing Number | 1900096509 |
| Received Date | 04-02-2019 |
| Collateral | Equipment - Vehicles |
| Original Filing Date | 11-30-2018 |
| Original Filing Number | 180041985652 |
| Secured Party | AMUR EQUIPMENT FINANCE, INC., GRAND ISLAND, NE |
| Debtors | SGR ENERGY, INC. |
| Filing Office | SECRETARY OF STATE/UCC DIVISION, AUSTIN, TX |

## UCC Filing - Original

| | |
|---|---|
| Filing Date | 11-30-2018 |
| Filing Number | 180041985652 |
| Received Date | 12-04-2018 |
| Collateral | Accounts receivable and proceeds - Inventory and proceeds - Account(s) and proceeds - Vehicles and proceeds |

| | |
|---|---|
| Secured Party | AMUR EQUIPMENT FINANCE, INC., GRAND ISLAND, NE |
| Debtors | SGR ENERGY, INC. |
| Filing Office | SECRETARY OF STATE/UCC DIVISION, AUSTIN, TX |

## UCC Filing - Original

| | |
|---|---|
| Filing Date | 10-07-2015 |
| Filing Number | 150032467513 |
| Received Date | 10-13-2015 |
| Collateral | Inventory and proceeds - Farm products/crops and proceeds - Oil, gas and minerals and proceeds |
| Secured Party | VMF SPECIAL PURPOSE VEHICLE FOR THE ACCOUNT OF THE U1 SEGREGATED PORTFOLIO, NEW YORK, NY |
| Debtors | SGR ENERGY, LLC |
| Filing Office | SECRETARY OF STATE/UCC DIVISION, AUSTIN, TX |

## UCC Filing - Original

| | |
|---|---|
| Filing Date | 10-07-2015 |
| Filing Number | 150032467492 |
| Received Date | 10-13-2015 |
| Collateral | Inventory and proceeds - Farm products/crops and proceeds - Oil, gas and minerals and proceeds |
| Secured Party | VMF SPECIAL PURPOSE VEHICLE FOR THE ACCOUNT OF THE Q1 SEGREGATED PORTFOLIO, NEW YORK, NY |
| Debtors | SGR ENERGY, LLC |
| Filing Office | SECRETARY OF STATE/UCC DIVISION, AUSTIN, TX |

## UCC Filing - Original

| | |
|---|---|
| Filing Date | 10-07-2015 |
| Filing Number | 150032467250 |
| Received Date | 10-13-2015 |
| Collateral | Inventory and proceeds - Farm products/crops and proceeds - Oil, gas and minerals and proceeds |
| Secured Party | VMF SPECIAL PURPOSE VEHICLE FOR THE ACCOUNT OF THE C1 SEGREGATED PORTFOLIO, NEW YORK, NY |
| Debtors | SGR ENERGY, LLC |
| Filing Office | SECRETARY OF STATE/UCC DIVISION, AUSTIN, TX |

## UCC Filing - Original

| | |
|---|---|
| Filing Date | 10-07-2015 |
| Filing Number | 150032467018 |
| Received Date | 10-13-2015 |
| Collateral | Inventory and proceeds - Farm products/crops and proceeds - Oil, gas and minerals and proceeds |
| Secured Party | CARLYLE GLOBAL MARKET STRATEGIES COMMODITIES FUNDING 2015-1, LTD., NEW YORK, NY |
| Debtors | SGR ENERGY, LLC |

| Filing Office | SECRETARY OF STATE/UCC DIVISION, AUSTIN, TX |

**UCC Filing** - Original

| Filing Date | 10-07-2015 |
| Filing Number | 150032466865 |
| Received Date | 10-13-2015 |
| Collateral | Inventory and proceeds - Farm products/crops and proceeds - Oil, gas and minerals and proceeds |
| Secured Party | CARLYLE GLOBAL MARKET STRATEGIES COMMODITIES FUNDING 2014-1, LTD., NEW YORK, NY |
| Debtors | SGR ENERGY, LLC |
| Filing Office | SECRETARY OF STATE/UCC DIVISION, AUSTIN, TX |

The public record items contained in this report may have been paid, terminated, vacated or released prior to the date this report was printed. This information may not be reproduced in whole or in part by any means of reproduction

There may be additional UCC Filings in D&B's file on this company available by contacting 1-800-234-3867.

# Special Events

04-13-2020

A Rating change has occurred on this company.

# Company Profile

## Company Overview

**D-U-N-S**
02-914-9107

**Legal Form**
Corporation (US)

**History Record**
Clear

**Date Incorporated**
02-05-2016

**State of Incorporation**
Texas

**Ownership**
Not publicly traded

**Mailing Address**
United States

**Telephone**
(832) 286-1524

**Present Control Succeeded**
2011

**Employees**
22

**Age (Year Started)**
9 years (2011)

**Named Principal**
Thomas San Miguel, PRESIDENT

**Line of Business**
Whol petroleum products

## Business Registration

Corporate and business registrations reported by the secretary of state or other official source as of: 10-21-2020
This data is for informational purposes only, certification can only be obtained through the Office of the Secretary of State.

| | |
|---|---|
| Registered Name | SGR ENERGY, INC. |
| Corporation Type | Corporation (US) |
| Business Commenced On | 2011 |
| State of Incorporation | TEXAS |
| Date Incorporated | 02-05-2016 |
| Registration ID | 0802397325 |
| Registration Status | IN EXISTENCE |
| Filing Date | 02-05-2016 |
| Where Filed | SECRETARY OF STATE |

### Registered Agent

| | |
|---|---|
| Name | THOMAS SAN MIGUEL |
| Address | 3707 CYPRESS CREEK PKWY. ;SUITE 500, HOUSTON, TX, 770680000 |

### Registered Principal

| | |
|---|---|
| Name | THOMAS SAN MIGUEL |
| Title | President |
| Address | 1018 BENTWATER DRIVE, MONTGOMERY, TX, 773560000 |
| Name | THOMAS SAN MIGUEL |
| Title | Chief Executive Officer |
| Address | 1018 BENTWATER DRIVE, MONTGOMERY, TX, 773560000 |
| Name | THOMAS SAN MIGUEL |
| Title | Director |
| Address | 1018 BENTWATER DRIVE, MONTGOMERY, TX, 773560000 |

## Principals

### Officers

THOMAS SAN MIGUEL, MNG MBR-CEO

### Directors

DIRECTOR(S): THE OFFICER(S)

## Company Events

The following information was reported on: 03-18-2020

The Texas Secretary of State's business registrations file showed that SGR Energy, Inc. was registered as a Corporation on February 5, 2016, under file registration number 0802397325.

Business started 2011.

This business was registered as a Limited Liability Company in the State of Texas on November 28, 2011 but converted to a Corporation registered in the State of Texas on February 5, 2016.

Although this company operates as a Limited Liability Company, the members have elected to use officer titles to denote areas of responsibility.

THOMAS SAN MIGUEL. 2011- present active here.

Business address has changed from 10655 Six Pines Dr Ste 210, The Woodlands, TX, 77380 to 14405 Walters Rd Ste 1018, Houston, TX, 77014.

Business address has changed from 14405 Walters Rd Ste 1018, Houston, TX, 77014 to 3707 Cypress Creek Pkwy Ste 500, Houston, TX, 77068.

Business address has changed from 3707 Cypress Creek Pkwy, Houston, TX, 77068 to 3707 Cypress Creek Pkwy Ste 500 , Houston, TX, 77068.

Business address has changed from 3707 Cypress Creek Pkwy Ste 500 , Houston, TX, 77068 to 3707 Cypress Creek Pkwy, Houston, TX, 77068.

## Business Activities And Employees

The following information was reported on: 03-18-2020

### Business Information

| | |
|---|---|
| Description | Wholesales petroleum or petroleum products (100%). |
| | Terms are Net 30 days. Sells to retailers. |
| Employees | 22 which includes officer(s). |
| Financing Status | Unsecured |
| Tenure | Rents |
| Facilities | Rents Leases 4,000 sq. ft. on five floor of 5 story brick building. |

### SIC/NAICS Information

| SIC Codes | SIC Description | Percentage of Business |
|---|---|---|
| 5172 | Whol petroleum products | - |
| 51720000 | Petroleum products, nec | - |

| NAICS Codes | NAICS Description |
|---|---|
| 424720 | Petroleum and Petroleum Products Merchant Wholesalers (except Bulk Stations and Terminals) |

## Government Activity

### Activity Summary

| | |
|---|---|
| Borrower(Dir/Guar) | No |
| Administrative Debt | No |
| Contractor | No |
| Grantee | No |
| Party excluded from federal program(s) | No |

### Possible candidate for socio-economic program consideration

| | |
|---|---|
| Small Business | Yes (2020) |

# Financials

D&B currently has no financial information on file for this company

This information may not be reproduced in whole or in part by any means of reproduction.

©Dun & Bradstreet, Inc. 2020. All rights reserved