IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **FCSTONE MERCHANT SERVICES, LLC** | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 4:20-cv-03693 |
| **SGR ENERGY, INC., ST SHIPPING & TRANSPORT PTE LTD, and THOMAS SAN MIGUEL, individually,** | § § § § § | |
| *Defendants*. | § | |

## NOTICE OF DISMISSAL OF SGR ENERGY, INC.'S BANKRUPTCY ACTION AND TERMINATION OF AUTOMATIC STAY

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiff, FCStone Merchant Services, LLC ("FMS"), files this Notice of Dismissal of SGR Energy, Inc.'s Bankruptcy Action and Termination of Automatic Stay, and respectfully states as follows:

1. On November 17, 2021, SGR Energy Inc. ("SGR") filed a *Notice of Suggestion of Bankruptcy* [Dkt. No. 60], wherein SGR advised this Court that it filed for Bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, Victoria Division styled as *In re SGR Energy, Inc.*, Case No. 21-60090 (CML) (the "Bankruptcy Action").

2. As a result of the Bankruptcy Action and pursuant to Title 11 U.S.C. § 101, this Court entered an order staying this lawsuit on November 30, 2021 (the "Stay") Dkt. No. 61.

3. The Bankruptcy Action was dismissed on January 21, 2022. *See Bankruptcy Action Order Dismissing Case*, attached hereto as **Exhibit A**.

1

4. As a result of the dismissal of the Bankruptcy Action, the Stay is terminated as a matter of law. *See Williams v. Countrywide Home Loans, Inc.*, 504 F. Supp. 2d 176, 194 (S.D. Tex. 2007) ("A bankruptcy court's dismissal of a bankruptcy proceeding terminates the automatic stay.").

5. Pursuant to the Court's directives, and due to the impact of the Stay on discovery efforts, expert and trial deadlines in this lawsuit, FMS is working with Defendants to prepare and submit an amended proposed scheduling order with new deadlines to govern this lawsuit.

WHEREFORE, PREMISES CONSIDERED, FMS respectfully requests that this Court take notice that SGR's Bankruptcy Action has been dismissed, which terminates the Stay as a matter of law, and for all other relief, at law or in equity, to which FMS may be justly entitled.

Dated this 8th day of February, 2022

Respectfully submitted,

*/s/ Yasser A. Madriz*
**Yasser A. Madriz (lead attorney)**
State Bar No. 24037015
Federal Bar No. 39080
ymadriz@mcguirewoods.com
**Miles O. Indest**
State Bar No. 24101952
Federal Bar No. 3070349
mindest@mcguirewoods.com
**McGuireWoods LLP**
600 Travis Street, Suite 7500
Houston, Texas 77002
T: 713-353-6681
F: 832-255-6381

>Addison E. Fontein
>State Bar No. 24109876
>Federal Bar No. 3530304
>afontein@mcguirewoods.com
>**McGuireWoods LLP**
>2000 McKinney Ave., Suite 1400
>Dallas, Texas 75201
>T: 214-932-6436
>F: 469-372-3891
>
>***ATTORNEYS FOR PLAINTIFF, FCSTONE MERCHANT SERVICES, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2022, a true and correct copy of the foregoing document was served via ECF to:

**Brendon Dane Singh**
Tran Singh, LLP
2502 La Branch Street
Houston, Texas 77004
brendon.singh@ctsattorneys.com
Tel.: (832) 975-7300
Fax: (832) 975-7301
*Attorneys for Defendants, SGR Energy, Inc. and Thomas San Miguel*

**Robert C. Oliver**
**Sharpe & Oliver, LLP**
5535 Memorial Drive, No. F570
Houston, Texas 77007
macknife@macknife.net

**John R. Keough, III (admitted Pro Hac Vice)**
**George Cornell (admitted Pro Hac Vice)**
Clyde & Co. US LLP
405 Lexington Avenue
New York, New York
John.Keough@clydeco.us
George.Cornell@clydeoco.us
*Attorneys for Defendant,*
*ST Shipping & Transport PTE LTD*

*/s/ Yasser A. Madriz*
**Yasser A. Madriz**