IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **FCSTONE MERCHANT SERVICES, LLC,** | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 4:20–cv–03693 |
| **SGR ENERGY, INC., ST SHIPPING & TRANSPORT PTE LTD, and THOMAS SAN MIGUEL, individually,** | § § § § § | |
| *Defendants*. | § | |

**PLAINTIFF'S *UNOPPOSED* MOTION TO LIFT THE AUTOMATIC STAY**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiff FCStone Merchant Services, LLC ("Plaintiff") files this Unopposed Motion to Lift the Automatic Stay entered by this Court on December 1, 2021 [Dkt. No. 61] (the "Stay"). In support thereof, Plaintiff respectfully shows as follows:

1. This lawsuit has been pending since October 27, 2020, and arises out of two voyages arranged and facilitated by the Defendants in this litigation: ST Shipping & Transport PTE LTD ("STS"), Thomas San Miguel ("TSM") and SGR Energy, Inc. ("SGR"). Dkt. No. 1.

2. After preliminary motion practice, the Parties began to engage in written discovery.

3. On or around November 15, 2021, SGR commenced a bankruptcy action. *See In re SGR Energy, Inc.*, Case No. 21-60090 (CML) in the Southern District of Texas, Victoria Division (the "Bankruptcy Action").

4. On November 17, 2021, SGR filed a Notice of Suggestion of Bankruptcy in this litigation. Dkt. No. 60. As a result, this Court entered an Order Staying Case pursuant to 11 U.S.C.

1

§ 362(a), halting this lawsuit entirely during the pendency of the Bankruptcy Action (the "Stay"). Dkt. No. 61.

5. The Bankruptcy Action was dismissed on January 21, 2022. *See Bankruptcy Action Order Dismissing Case*, attached hereto as **Exhibit A**.

6. Plaintiff filed a Notice of Dismissal of the Bankruptcy Action with this Court on February 8, 2022. Dkt. No. 64.

7. As a result of the dismissal of the Bankruptcy Action, the Stay should be lifted to allow the Parties to proceed with this litigation. *See Williams v. Countrywide Home Loans, Inc.*, 504 F. Supp. 2d 176, 194 (S.D. Tex. 2007) ("A bankruptcy court's dismissal of a bankruptcy proceeding terminates the automatic stay."). *Sosebee v. Steadfast Ins. Co.*, 701 F.3d 1012, 1025 (5th Cir. 2012) ("…the stay continues until the…bankruptcy case is closed or dismissed.").

8. Accordingly, Plaintiff respectfully requests that this Court enter an order lifting the Stay and permit the Parties to proceed with this lawsuit.

9. Defendants are unopposed to the relief sought in this Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court enter an order lifting the Stay, permitting the Parties to proceed with this litigation.

Dated: February 22, 2022.	Respectfully submitted,

**MCGUIREWOODS LLP**

*/s/ Yasser A. Madriz*
Yasser A. Madriz
Federal ID No. 39080
State Bar of Texas No. 24037015
600 Travis Street, Suite 7500
Houston, Texas  77002
823-255-6361 Telephone
832-214-9277 Fax
ymadriz@mcguirewoods.com

ATTORNEY-IN-CHARGE FOR<br>
PLAINTIFF FCSTONE MERCHANT<br>
SERVICES, LLC

OF COUNSEL:

**Miles O. Indest**
Federal ID No. 3070349
State Bar No. 24101952
mindest@mcguirewoods.com
600 Travis Street, Suite 7500
Houston, Texas 77002
713-353-6681 Telephone
832-255-6381 Fax

**Addison E. Fontein**
Federal ID 3530304
State Bar No. 24109876
afontein@mcguirewoods.com
2000 McKinney Ave., Suite 1400
Dallas, Texas 75201
214-932-6436
F: 469-372-3891

## CERTIFICATE OF CONFERENCE

The undersigned certifies that she has communicated with counsel for SGR, TSM and STS, all of which have advised that they are unopposed to the relief sought in this Motion. Specifically, the undersigned communicated with counsel for SGR and TSM via phone call on February 17, 2022, and counsel for STS via e-mail on February 22, 2022.

<i>/s/ Addison Fontein</i><br>
Addison Fontein

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 22nd day of February 2022 a true and correct copy of the foregoing Motion was served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above-captioned case.

<i>/s/ Addison Fontein</i><br>
Addison Fontein