United States District Court
Southern District of Texas
**ENTERED**
February 25, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FCSTONE MERCHANT SERVICES, LLC, | § § § § § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action No. 4:20–cv–03693 |
| | § | |
| SGR ENERGY, INC., ST SHIPPING & TRANSPORT PTE LTD, and THOMAS SAN MIGUEL, individually, | § § § § | |
| *Defendants.* | § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO LIFT THE AUTOMATIC STAY

BEFORE THIS COURT is Plaintiff, FCStone Merchant Services, LLC's Unopposed Motion to Lift the Automatic Stay (the "Motion"). Having considered the Motion, and all relevant papers and pleadings on file, this Court determines that the Motion has merit and should be, and is hereby **GRANTED**.

SIGNED this 23rd day of February, 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE