IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FCSTONE MERCHANT SERVICES, LLC | § § | |
| VS | § § | CIVIL ACTION NO. 4:20-3693 |
| SGR ENERGY, INC., *et al* | § | |

## ORDER

On November 30, 2021, the Court entered and Order (Doc. No. 61) staying this case as a result of a Suggestion of Bankruptcy (Doc. No. 60). Subsequently, the court entered an Order (Doc. No. 66) lifting the stay. Therefore, the Court

ORDERS the parties to confer and file a Joint Status Report with an agreed proposed schedule that will bring this matter to conclusion. The Joint Status Report should be filed by March 25, 2022.

SIGNED at Houston, Texas, this __10th__ day of March 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE