United States District Court
Southern District of Texas
**ENTERED**
March 16, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FCSTONE MERCHANT SERVICES, LLC | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § § | Civil Action No. 4:20-cv-03693 |
| SGR ENERGY, INC., ST SHIPPING & TRANSPORT PTE LTD, and THOMAS SAN MIGUEL, individually, | § § § § § | |
| *Defendants.* | § | |

### ORDER ENTERING AMENDED DISCOVERY SCHEDULE AND TRIAL SETTINGS

The Court, having considered the Parties' Agreed Motion for Order Entering Amended Discovery Schedule and Trial Setting (the "Agreed Motion"), finds that good cause exists to grant the Agreed Motion. Therefore, the Agreed Motion is GRANTED. The Court sets the following amended discovery schedule and trial setting to govern this case:

1. August 29, 2022 — **PLAINTIFF'S EXPERT REPORT(S)**
The Plaintiff's experts will be named with a report furnished by this date.

2. October 3, 2022 — **DEFENDANTS' EXPERT REPORT(S)**
The Defendants' experts will be named with a report furnished by this date.

3. November 1, 2022 — **DISCOVERY**
Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.

4. January 16, 2023 — **DISPOSITIVE MOTIONS DEADLINE**

5. _____February 13, 2023_____   **RESPONSE DEADLINE**

6. _____May 8, 2023_____   **NON-DISPOSITIVE MOTIONS DEADLINE**

********************   The Court will provide these dates.   ********************

7. _____May 8, 2023_____   **JOINT PRETRIAL ORDER**
THE PLAINTIFF is responsible for filing the pretrial order on this date.

8. _____May 22, 2023_____   **FINAL PRETRIAL CONFERNECE**: 1:30 p.m.

9. _____May 30, 2023_____   **TRIAL**.
Bench trial.
Estimated time to try: 3-5 days

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this __16__ day of March, 2022.

Honorable Andrew S. Hanen
United States District Judge