IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUTSON DIVISION

| | |
|---|---|
| FCSTONE MERCHANT SERVICES, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SGR ENERGY, INC., ST SHIPPING & TRANSPORT PTE LTD, and THOMAS SAN MIGUEL, individually,<br><br>    *Defendants*. | CIVIL ACTION NO. 4:20-cv-03693 |

**FCSTONE MERCHANT SERVICES, INC.'S
<u>NOTICE OF SUBPOENA TO GLENCORE LTD.</u>**

PLEASE TAKE NOTICE that, pursuant to Rules 26, 30, and 45 of the Federal Rules of Civil Procedure, Plaintiff FcStone Merchant Services, Inc., by and through counsel, will serve the attached deposition subpoena and subpoena duces tecum to **Glencore Ltd.** (c/o Corporation Service Company, 80 State Street, Albany, NY 12207-2543), requesting documents and testimony on **August 25, 2022 at 9:00 a.m. Central Daylight Time**, at McGuireWoods LLP, 1251 Avenue Of The Americas, Suite 20, New York, NY, 10020. A copy of the deposition subpoena and subpoena duces tecum is attached hereto as Exhibit 1.

Dated: July 1, 2022                Respectfully submitted,

                                                   **MCGUIREWOODS LLP**

                                                   */s/ Yasser A. Madriz*
                                                   **Yasser A. Madriz**
                                                   Federal ID No. 39080
                                                   State Bar of Texas No. 24037015
                                                   845 Texas Ave., 24th Floor
                                                   Houston, Texas 77002
                                                   823-255-6361 Telephone
                                                   832-214-9277 Fax

ymadriz@mcguirewoods.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFF FCSTONE MERCHANT SERVICES, LLC**

OF COUNSEL:

**Miles O. Indest**
Federal ID No. 3070349
State Bar No. 24101952
mindest@mcguirewoods.com
845 Texas Ave., 24th Floor
Houston, Texas 77002
713-353-6681 Telephone

**Addison E. Fontein**
Federal ID 3530304
State Bar No. 24109876
afontein@mcguirewoods.com
2000 McKinney Ave., Suite 1400
Dallas, Texas 75201
214-932-6436

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of July 2022 a true and correct copy of the foregoing was served via e-mail on all counsel of record.

/s/ Miles O. Indest
Miles O. Indest