Case 4:20-cv-03693   Document 84   Filed on 06/07/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 09, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FCSTONE MERCHANT SERVICES, LLC | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 4:20-cv-03693 |
| SGR ENERGY, INC., ST SHIPPING & TRANSPORT PTE LTD, and THOMAS SAN MIGUEL, individually, | § § § § § | |
| *Defendants.* | § § | |

## ORDER ENTERING THIRD AMENDED
## DISCOVERY SCHEDULE AND TRIAL SETTING[1]

1. __November 10, 2023__    **PLAINTIFF'S EXPERT REPORT(S)**
   The Plaintiff's experts will be named with a report furnished by this date.

2. __December 11, 2023__    **DEFENDANTS' EXPERT REPORT(S)**
   The Defendants' experts will be named with a report furnished by this date.

3. __April 15, 2024__    **DISCOVERY**
   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.

4. __May 31, 2024__    **DISPOSITIVE MOTIONS DEADLINE**

5. __June 28, 2024__    **RESPONSE DEADLINE**

6. __August 15, 2024__    **NON-DISPOSITIVE MOTIONS DEADLINE**

---

[1] This Third Amended Discovery Schedule and Trial Setting shall apply to Plaintiff FCStone Merchant Services, LLC and Defendant ST Shipping & Transport PTE LTD only.

ORDER ENTERING THIRD AMENDED DISCOVERY SCHEDULE AND TRIAL SETTING    – Page 1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*The Court will provide the below dates\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

7. September 6, 2024 — **JOINT PRETRIAL ORDER**
THE PLAINTIFF is responsible for filing the pretrial order on this date.

8. September 30, 2024 — **FINAL PRETRIAL CONFERENCE:** 1:30 p.m.

9. October 7, 2024 — **TRIAL.**
Bench trial.
Estimated time to try: 3-5 days

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this 7th day of June, 2023.

_____
Honorable Andrew S. Hanen
United States District Judge