# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| FCSTONE MERCHANT SERVICES, LLC | § § § | |
| *vs*. | § § | C.A. NO. 4:20–cv–03693 |
| SGR ENERGY, INC., *et al*. | § § | |

## *STIPULATED MOTION FOR DISMISSAL OF CLAIMS WITH PREJUDICE*

Plaintiff FCStone Merchant Services, LLC ("Plaintiff") and Defendant ST Shipping & Transport Pte Ltd. ("ST Shipping") jointly file this Stipulated Motion for Dismissal of Claims with Prejudice.

Plaintiff and ST Shipping have reached a confidential settlement and seek to dismiss their claims against each other with prejudice, as reflected in the Proposed Order submitted herewith. Specifically, Plaintiff moves to dismiss its claims against Defendant ST Shipping with prejudice, and ST Shipping moves to dismiss its claims against Plaintiff *and* Defendant SGR Energy, Inc. ("SGR") with prejudice.  Plaintiff and ST Shipping each shall bear their own costs related to the dismissed claims.

Plaintiff maintains its claims against SGR and Thomas San Miguel, both of whom previously filed bankruptcy actions. Accordingly, this case should now consist only of Plaintiff's stayed claims against SGR and Thomas San Miguel. (Doc. No. 81).

Respectfully submitted,

*/s/ Yasser A. Madriz*

**Yasser A. Madriz (lead attorney)**
State Bar No. 24037015
Federal Bar No. 39080
ymadriz@mcguirewoods.com
**Miles O. Indest**
State Bar No. 24101952
Federal Bar No. 3070349
mindest@mcguirewoods.com
**Addison E. Fontein**
State Bar No. 24109876
Federal Bar No. 3530304
afontein@mcguirewoods.com
**MCGUIREWOODS LLP**
845 Texas Ave., Suite 2400
Houston, Texas 77002
T: 713-353-6681
F: 832-255-6381

**ATTORNEYS FOR PLAINTIFF,
FCSTONE MERCHANT SERVICES,
LLC**

*/s/ John R. Keough, III (with permission)*

Robert C. Oliver
State Bar No. 15255700
S. D. Texas No. 886
5535 Memorial Drive, No. F570
Houston, Texas 77007
Telephone: (713) 864–2221
Facsimile: (713) 864–2228

John R. Keough, III  (Pro Hac Vice)
S. D. N. Y. No. JK6013
Clyde & Co. US LLP
405 Lexington Avenue
New York, New York 10174–0002
Telephone: (212) 710–3900
Facsimile: (212) 710–3950

**ATTORNEYS FOR DEFENDANT
ST SHIPPING & TRANSPORT
PTE LTD**

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this 6th day of December 2023.

/s/ Miles O. Indest
Miles O. Indest

## CERTIFICATE OF CONFERENCE

I hereby certify that, according to ST Shipping's counsel, ST Shipping's counsel conferred with SGR's counsel, who had no objection to ST Shipping's dismissal of its claims against SGR.

/s/ Miles O. Indest
Miles O. Indest