United States District Court
Southern District of Texas
**ENTERED**
December 11, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FCSTONE MERCHANT SERVICES, LLC | § § § | |
| vs. | § | C.A. NO. 4:20–cv–03693 |
| SGR ENERGY, INC., *et al.* | § § § | |

## ORDER DISMISSING CLAIMS WITH PREJUDICE

Considering the joint, stipulated motion filed by Plaintiff FCStone Merchant Services, LLC ("Plaintiff") and Defendant ST Shipping & Transport Pte Ltd. ("ST Shipping"), the Court issues the following rulings. All of Plaintiff's claims against Defendant ST Shipping & Transport Pte Ltd. ("ST Shipping") are dismissed with prejudice. All of ST Shipping's claims against Plaintiff and Defendant SGR Energy, Inc. ("SGR") are dismissed with prejudice. Plaintiff and ST Shipping each shall bear its own costs related to the dismissed claims.

Accordingly, this case, consisting now of only Plaintiff's claims against SGR and Thomas San Miguel, is stayed; see the Court's April 27, 2023 Court (Doc. No. 81).

Signed at Houston on ___December 9___, 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE