IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **FCSTONE MERCHANT SERVICES, LLC** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:20-cv-03693 |
| **SGR ENERGY, INC., ST SHIPPING & TRANSPORT PTE LTD, and THOMAS SAN MIGUEL, individually,** | § § § § | |
| *Defendants*. | § | |

## JOINT MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE AND CLOSE CASE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff FCStone Merchant Services, LLC ("FMS" or "Plaintiff") and Defendants SGR Energy, Inc. and Thomas San Miguel, individually, (collectively, "Defendants") (collectively, with Plaintiff, "The Parties"), herein respectfully submit this Joint Motion to Dismiss All Claims with Prejudice and Close Case.

The Parties seek to dismiss all claims that were brought or could have been brought against each other. Each party shall bear their respective costs and attorneys' fees incurred in this action.

Because all claims against Defendant ST Shipping & Transport PTE LTD were previously dismissed in this case (*See* Docs. 85-86), the proposed dismissal would fully resolve all claims in this matter and allow this case to be finally closed.

Date: April 16, 2025

Respectfully submitted,

*/s/ Yasser A. Madriz*
**Yasser A. Madriz (lead attorney)**
State Bar No. 24037015
Federal Bar No. 39080
ymadriz@mcguirewoods.com
**Miles O. Indest**
State Bar No. 24101952
Federal Bar No. 3070349
mindest@mcguirewoods.com
**Addison E. Fontein**
State Bar No. 24109876
Federal Bar No. 3530304
afontein@mcguirewoods.com
**MCGUIREWOODS LLP**
845 Texas Ave., Suite 2400
Houston, Texas 77002
T: 713-353-6681
F: 832-255-6381

**ATTORNEYS FOR PLAINTIFF, FCSTONE MERCHANT SERVICES, LLC**

*/s/Brendon Dane Singh (by permission)*
Brendon Dane Singh
Tran Singh, LLP
2502 La Branch Street
Houston, TX 77004
Telephone: 832-975-7300
Fax: 832-975-7301
bsingh@ts-llp.com

**ATTORNEY FOR DEFENDANTS SGR ENERGY, INC. AND THOMAS SAN MIGUEL**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this 16th day of April 2025.

                                          */s/ Miles O. Indest*
                                          Miles O. Indest